**FILED - KZ**
December 26. 2025 1:45 PM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_ems_  Scanned by ES 12/26

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Dominique Terrell,
Plaintiff,

v.

Huntington National Bank,
Defendant.

Case No.: _____
(Jury Trial Demanded)

**1:25-cv-1903**
Robert J. Jonker
U.S. District Judge

## COMPLAINT

### I. JURISDICTION AND VENUE

This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. Jurisdiction is proper under 28 U.S.C. § 1331. Venue is proper in this district because the events giving rise to this action occurred in Berrien County, Michigan.

### II. PARTIES

Plaintiff Dominique Terrell is an African American male and resident of Michigan. Defendant Huntington National Bank is a private employer doing business in Michigan.

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC). The EEOC investigated and issued a Notice of Right to Sue dated September 28, 2025. This action is filed within ninety (90) days of receipt of the Notice.

### IV. STATEMENT OF FACTS

Plaintiff was employed by Defendant at its Benton Harbor Downtown, Berrien County branch. Defendant maintained a dress code policy permitting Huntington-branded apparel on designated days. On October 24, 2023, Plaintiff wore an approved Huntington-branded polo shirt. Similarly situated employees were also wearing Huntington-branded or compliant attire. Plaintiff ultimately complied with management instructions but was terminated for alleged insubordination. Plaintiff did not engage in hostile or aggressive conduct. Other employees were not terminated for similar conduct. Defendant's stated reason for termination was pretextual and motivated by race discrimination.

### V. CLAIM FOR RELIEF – Title VII Race Discrimination

Defendant subjected Plaintiff to disparate treatment based on race and terminated his employment in violation of Title VII.

### VI. DAMAGES

Plaintiff seeks back pay, front pay or reinstatement, compensatory damages, punitive damages, attorney's fees, costs, and all other relief deemed just.

### VII. JURY DEMAND

Plaintiff demands a trial by jury.

## CIVIL COVER SHEET (JS-44)

Basis of Jurisdiction: Federal Question
Nature of Suit: 442 – Civil Rights: Employment
Cause of Action: 42 U.S.C. § 2000e – Title VII Race Discrimination
Jury Trial: Yes
Related Cases: No

CIVIL COVER SHEET (JS-44)

## APPLICATION TO PROCEED IN FORMA PAUPERIS

I declare under penalty of perjury that I am unable to pay the costs of these proceedings.

Employment Status: Unemployed
Last Employer: Internal Revenue Service (IRS)
Monthly Income: $0
Assets: Minimal
Monthly Expenses: Rent, utilities, food, transportation, phone

Respectfully submitted,

Signed: _____

Date: ___December 26, 2025_____

Dominique Terrell
2359 Roncy Road, Benton Harbor, MI 49022
(269) 369-7712
dominiqueterrell@ymail.com
Plaintiff Pro Se